IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

JOEL BECKFORD, :

    Petitioner, :

vs. : CA 06-0667-WS-C

DEPARTMENT OF HOMELAND :
SECURITY, et al.,
    :

    Respondents.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, is due to be **DISMISSED WITHOUT PREJUDICE** as prematurely filed.

**DONE** and **ORDERED** this 8th day of March, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE